**2010–1654.  Sanderbeck v. Medina Cty.**
Medina App. No. 09CA0051–M, 2010-Ohio-3659. Discretionary appeal accepted on Proposition of Law No. I.
  LUNDBERG STRATTON and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. II.
  PFEIFER, LANZINGER, and CUPP, JJ., dissent.

Discretionary cross-appeal not accepted.

O'CONNOR, C.J., and McGEE BROWN, J., dissent.